```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 14650
    WILLIAM A WILSON
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-0676

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 08/14/2007 and was confirmed 11/07/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 06/04/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  CURRENT MORTG          .00            .00           .00
SELECT PORTFOLIO SERVICI  CURRENT MORTG          .00            .00           .00
INTERNAL REVENUE SERVICE  PRIORITY           9819.40            .00           .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE     36491.20            .00       2273.60
OPTION ONE MORTGAGE       NOTICE ONLY      NOT FILED            .00           .00
INTERNAL REVENUE SERVICE  SECURED NOT I      9805.48            .00           .00
INTERNAL REVENUE SERVICE  UNSECURED          1138.02            .00           .00
HSBC BANK NEVADA NA       UNSECURED            36.92            .00           .00
ILLINOIS DEPT OF REV      PRIORITY           2437.00            .00           .00
ILLINOIS DEPT OF REV      UNSECURED          2439.50            .00           .00
RIVER NORTH GROUP         DEBTOR ATTY        1,524.00                     1,524.00
TOM VAUGHN                TRUSTEE                                           302.40
DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                4,100.00

PRIORITY                                          .00
SECURED                                      2,273.60
UNSECURED                                         .00
ADMINISTRATIVE                               1,524.00
TRUSTEE COMPENSATION                           302.40
DEBTOR REFUND                                     .00
                       ---------------     ---------------
TOTALS                 4,100.00              4,100.00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 14650 WILLIAM A WILSON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 09/24/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |